tion by Frank Doudera, as trustee in bankruptcy, etc., against Edward C. Boyce and another.

PER CURIAM. Judgment affirmed, with costs.

BURR, J., not voting.

DOUTH, Respondent, v. WALDO et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Action by William Douth against Rhinelander Waldo and others. No opinion. Motion to dismiss appeal granted, without costs.

DOUTH, Respondent, v. WALDO et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by William Douth against Rhinelander Waldo and others. No opinion. Motion to dismiss appeal granted, without costs.

DOWNER, Respondent, v. HAFFNER, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by Joseph E. Downer against Hattie Haffner. No opinion. Judgment and order of the County Court of Queens county unanimously affirmed, with costs.

DOYLE, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by Harold Doyle, an infant, etc., against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

DRISCOLL v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by Cornelius Driscoll against the Consolidated Gas Company. No opinion. Motion granted, with $10 costs. Order filed.

D Ü F F. Appellant, v. Q U E E N S B R O HEIGHTS LAND CORPORATION, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1913.) Action by T. H. Walter Duff against the Queensbro Heights Land Corporation. No opinion. Motion denied, without costs, and without prejudice to any application that plaintiff may be advised to make at Special Term. See, also, 141 N. Y. Supp. 1117.

In re DUNCAN et al. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) In the matter of the judicial settlement of the accounts of Elmer L. Duncan and another, as executors, and Alice E. Doyle, as executrix, of the last will and testament of John Kelderhouse, deceased. No opinion. Appeal dismissed, without costs, upon stipulation filed.

DUNN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Bartholomew Dunn, as executor, against the City of New York. C. A. Winter, of New York City, for appellant. W. E. C. Mayer, of Brooklyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 150 App. Div. 927, 135 N. Y. Supp. 1109.

DUPE v. MARX (two cases). (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Harry Dupe against Louis Marx. No opinion. Applications denied. Orders signed and filed.

DUSENBERRY et al., Respondents, v. SAGAMORE DEVELOPMENT CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by Charles Dusenberry, Jr., and others against the Sagamore Development Company and others. No opinion. Motion granted, without costs. See, also, 142 N. Y. Supp. 595.

In re EARLEY. (Supreme Court, Appellate Division, First Department. July 11, 1913.) In the matter of Martin J. Earley, Jr. No opinion. Respondent disbarred. Settle order on notice. See, also, 141 N. Y. Supp. 1117.

EASTMOND, Respondent, v. McNAUGHT, Appellant, et al. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Joseph F. Eastmond against Roy H. McNaught, impleaded with another. No opinion. Judgment of May 20th, and order, reversed, and new trial granted, costs to abide the event. See, also, 142 N. Y. Supp. 1116.

EASTMOND, Appellant, v. McNAUGHT, Respondent, et al. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Joseph F. Eastmond against Roy H. McNaught and another.

PER CURIAM. Defendants' motion for a new trial, disclosing the methods by which Clarke's deposition before trial was obtained, established that its admission had been clearly error, since he was in no sense an adverse party. Therefore a new trial was a matter of right, the granting of which should be without conditions. Order of August 7, 1912, modified accordingly, so as to grant defendants' motion, without terms, with costs of this appeal. See, also, 142 N. Y. Supp. 1116.

EATON, Respondent, v. EBB, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by James Eaton against Peter Ebb. No opinion. Judgment and order unanimously affirmed, with costs.

In re ECKERT. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) In the matter of Claudine Eckert, an alleged incompetent person. No opinion. Order of the County Court of Kings county affirmed, without costs. See, also, 141 N. Y. Supp. 1117.